UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


FILED
March 26, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS GARCIA

    Defendant.

Case No. 2:24-mj-00038 CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS GARCIA</u> Case No. <u>2:24-mj-00038 CKD</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __x__ Unsecured Appearance Bond $  $50,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):x $50,000 unsecured bond co-signed by Estephanie Gonzalez and Araceli Garcia

Issued at Sacramento, California on March 26, 2024 at 2:18 PM

By:   /s/ Carolyn K. Delaney

       Chief Magistrate Judge Carolyn K. Delaney